**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00150-CV

### LAURA CARACIO, Appellant

### V.

### JOHN DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR AND JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-16679

## ORDER

Before the Court is appellees' April 26, 2019 unopposed motion to access confidential record. It appears from the record citations provided in the motion, appellees seek the deposition of appellant. That document was attached as a confidential exhibit to Defendant Laura Caracio's Supplement to Her Anti-Slapp Motion to Dismiss and is included in the sealed supplemental clerk's record filed with this Court on February 20, 2019. Accordingly, we **DENY** the motion as moot.

Also before the Court is appellees' April 26, 2019 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **May 14, 2019**.

/s/    BILL WHITEHILL
       JUSTICE